**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

Timothy Franklin, et al.

                                        Plaintiff,

v.                                                          Case No.: 1:23−cv−15610
                                                            Honorable Georgia N. Alexakis

Troy Design & Manufacturing Co., et al.

                                        Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, December 4, 2025:

        MINUTE entry before the Honorable Georgia N. Alexakis: Final approval hearing held on 12/4/25. The Court grants plaintiff's unopposed motion for leave to file an overlength motion for final approval of a class action settlement [147]. For the reasons stated on the record, plaintiff's motion for final approval of class action settlement [146] and plaintiff's and class's motion for an award of attorneys' fees, expenses and service payment [131] are granted. Separate Order to follow. Civil case terminated. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.